UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEVE ILYAYEV,                                                                   Case 1:25-cv-00706-TAM

                                  Plaintiff,

                         against

EQUIFAX INFORMATION SERVICES, INC.

                                Defendant.

------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

      Plaintiff, STEVE ILYAYEV, and Defendant, EQUIFAX, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiff against the Defendant in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      Each party shall bear their own costs, expenses, and attorneys' fees.

Dated: March  4 , 2025

                                                Respectfully submitted,

_____            _____
April Forbes, Esq.                                                    Forrest M. Seger, III, Esq.
April Forbes, P.C.                                                    Clark Hill
Counsel for Plaintiff                                                 Counsel for Defendant
P.O. Box 865                                                          2301 Broadway
Hudson, New York 12534                                                San Antonio, Texas 78215